IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR.,

      Plaintiff,                        No. CIV S-07-2593 LEW DAD PS

     v.

STATE OF CALIFORNIA, et al.,       ORDER

      Defendants.

_____/

FELIX TORRES, JR.,

      Plaintiff,                        No. CIV S-07-2717 FCD GGH PS

     v.

STATE OF CALIFORNIA, et al.,       ORDER

      Defendants.

_____/

        Examination of the above-entitled actions reveals that assignment of the matters to the same magistrate judge is likely to effect a substantial saving of judicial effort. See Local Rule 83-123(a).  The actions will therefore be assigned to the same magistrate judge.

        Pursuant to the regular practice of this court, the cases will be assigned to the magistrate judge to whom the first filed action was assigned.  Reassignment of the newer case

1

1  merely has the result that both actions are assigned to the same magistrate judge.  No
2  consolidation of the cases is effected.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The action denominated as No. CIV S-07-2717 FCD GGH PS is reassigned
5  from Magistrate Judge Gregory G. Hollows to Magistrate Judge Dale A. Drozd.  Henceforth, the
6  caption on all documents filed in the reassigned case shall be shown as No. CIV S-07-2717 FCD
7  DAD PS; and
8        2. The Clerk of the Court shall make appropriate adjustment in the assignment of
9  civil cases to compensate for this reassignment.
10 DATED: March 27, 2008.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\torres2593.related2717.rea

2